**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

RAVI SUBRAMANIAN
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

November 15, 2023

### BRINTON V. ONE TECHNOLOGIES LLC
Case # 3:23–cv–06046–DGE

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Notice of Removal – Certificate of Service Not Provided:**
> Per Local Civil Rule 101(b)(2), a certificate of service which lists all counsel and pro se parties that have appeared in the state court action, including their full contact information, must be filed contemporaneously with the Notice of Removal. If appropriate, this document should be electronically filed as soon as practicable by going to **Other Documents** and selecting **Certificate of Service**. The document must be related back to the original filing.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file