# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

# TACOMA DIVISION

| | |
|---|---|
| NATHAN BRINTON, | Case No.: 3:23-cv-06046-DGE |
| *Plaintiff*, | **Notice of Appearance** |
| vs. | |
| ONE TECHNOLOGIES, LLC, JOHN DOES 1-10, | |
| *Defendants*. | |

Please take notice that the undersigned attorney hereby enters his appearance in the above-captioned case on behalf of Plaintiff.

DATED: December 27, 2023           Respectfully submitted,

*/s/ Andrew Grimm*
Andrew Grimm (WSBA No. 51486)
DIGITAL JUSTICE FOUNDATION
15287 Pepperwood Drive
Omaha, Nebraska 68154
Telephone: (531) 210-2381
Andrew@DigitalJusticeFoundation.org

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing via CM/ECF.

Dated: December 27, 2023                 Respectfully submitted,

                                         */s/ Andrew Grimm*
                                         Andrew Grimm